## THE RUSSELL AND ALLISON DRAINAGE DISTRICT
### v.
### M. F. PINKSTAFF.

*Drainage—Flooding of Farm Lands—Damages.*

1. The owners of lands lying within the boundaries of a drainage district, and damaged by the construction of the levees of the district, can not recover therefor from the district.

2. The remedy for negligent or wrongful acts must be personally against those who cause the injury.

[Opinion filed October 27, 1891.]

APPEAL from the Circuit Court of Lawrence County; the Hon. C. C. Boggs, Judge, presiding.

Mr. S. J. GEE, for appellant.

Messrs. HUFFMAN & HUFFMAN, for appellee.

PHILLIPS, P. J. This is an action on the case brought by appellee against appellant for injury by flooding lands belonging to appellee, averred to be within the Russell & Allison Drainage District. There was a verdict and judgment for

plaintiff. Where lands lie within the boundaries of a district and are damaged by the construction of the levees of the district, no action lies against the district for such injury. The remedy for negligent or wrongful acts must be personally against the persons causing the injury. Under the averments of the declaration in this case, the plaintiff has no cause of action against the defendant. Elmore v. Drainage Com'rs, 135 Ill. 269. The judgment must be reversed and the cause remanded.

*Reversed and remanded.*